B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**F.A.C. Consolidated Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **26-1736637** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**412 18th Avenue**<br>**Rockford, IL**<br>ZIPCODE **61104** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**412 18th Avenue, Rockford, IL**                           ZIPCODE **61104**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                        Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**F.A.C. Consolidated Industries, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)    Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**F.A.C. Consolidated Industries, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Kenneth F. Ritz**
Signature of Attorney for Debtor(s)

**Kenneth F. Ritz**
**Kenneth F. Ritz, Attorney at Law**
**728 North Court Street**
**Rockford, IL  61103**
**(815) 968-1807  Fax: (815) 961-1917**

**December 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Farrel Tedder**
Signature of Authorized Individual

**Farrel Tedder**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 23, 2009**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

**F.A.C. Consolidated Industries, Inc.** _____    Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ _____ **1,634.75**

   Prior to the filing of this statement I have received ................................................................. $ _____ **1,634.75**

   Balance Due ................................................................. $ _____ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____    _____
**December 23, 2009**    */s/ Kenneth F. Ritz*
Date

**Kenneth F. Ritz**
**Kenneth F. Ritz, Attorney at Law**
**728 North Court Street**
**Rockford, IL  61103**
**(815) 968-1807  Fax: (815) 961-1917**

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                           Case No. _____

**F.A.C. Consolidated Industries, Inc.**                                         Chapter **7**  _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                 the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                         the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**F.A.C. Consolidated Industries, Inc.**                    **X** _/s/_____  **12/23/2009**
Printed Name(s) of Debtor(s)                                Signature of Debtor                          Date

Case No. (if known) _____          **X** _____
                                                     Signature of Joint Debtor (if any)                 Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

F.A.C. Consolidated Industries, Inc.                           Chapter **7** _____
_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 58,567.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $ 10,472,139.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 38 | $ 0.00 | $ 10,530,707.74 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                                    Debtor(s)                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

**IN RE** F.A.C. Consolidated Industries, Inc.                                     Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                                          Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **0.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE F.A.C. Consolidated Industries, Inc. _____    Case No. _____
        Debtor(s)                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:             ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.**    Case No. _____
_____
Debtor(s)    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
<span style="text-align:center">Debtor(s)</span>                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                              Case No. _____
_____
Debtor(s)                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1208**<br>**Bryan Larak**<br>**216 W Pearl St**<br>**Lanark, IL  61046-1227** | | | **Claimed Wages** | | | | **2,524.50** | **2,524.50** | |
| ACCOUNT NO. **0992**<br>**Eleuterio Salazar**<br>**1919 17th Ave**<br>**Rockford, IL  61104-5555** | | | **Claimed Wages** | | | | **2,825.00** | **2,825.00** | |
| ACCOUNT NO. **3792**<br>**Internal Revenue Service**<br>**Department Of The Treasury**<br>**Cincinnati, OH  45999-0025** | | | **CIVPEN - Tax Period 03-31-2008**<br>**Notice # CP 503** | | | | **6,443.66** | **6,443.66** | |
| ACCOUNT NO. **4162**<br>**Nicholas Yoder**<br>**7569 La Maine Dr**<br>**Rockford, IL  61103-7723** | | | **Claim for Wages** | | | | **2,265.38** | **2,265.38** | |
| ACCOUNT NO. **1004**<br>**Ronald R. Frantzen**<br>**2195 Sunrise Dr**<br>**Belvidere, IL  61008-6062** | | | **Claim for Wages** | | | | **1,186.24** | **1,186.24** | |
| ACCOUNT NO. **0631**<br>**Rory Harrington**<br>**6361 Weathervane Ln**<br>**Machesney Park, IL  61115-7157** | | | **Claimed Wages** | | | | **1,940.00** | **1,940.00** | |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **17,184.78**  $ **17,184.78**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $                    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                              Case No. _____
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2422**<br>**Rusty Thurman**<br>**905 Brookfield Rd**<br>**Rockford, IL  61107-3631** | | | **Claimed Wages** | | | | **6,535.06** | **6,535.06** | |
| ACCOUNT NO. **2842**<br>**Torin Manley**<br>**6967 Shirland Rd**<br>**Rockton, IL  61072-9662** | | | **Claimed Wages** | | | | **4,807.67** | **4,807.67** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **11,342.73**    $ **11,342.73**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                       Case No. _____
　　　　　　　　　　　　Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3792** **Internal Revenue Service Department Of The Treasury Cincinnati, OH  45999-0025** | | | **CIVPEN - Tax period - 12-31-2007 Notice # CP 503** | | | | **30,040.46** | **30,040.46** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**3**__ of __**3**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)　$ **30,040.46**　$ **30,040.46**　$

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)　$ **58,567.97**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)　$ **58,567.97**　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.**
_____
Debtor(s)                    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6283** **4500 Kishwaukee, LLC C/O Greg Adamo, ESQ 2100 Manchester Rd # 1750 Wheaton, IL 60187-4579** | | | **2008 Breach of Lease & Guaranty In suit** | | | | **252,330.00** |
| ACCOUNT NO. **Aarrow Cast, Inc. 2900 E Richmond St Shawano, WI 54166-3804** | | | **Supplies** | | | | **10,040.95** |
| ACCOUNT NO. **0112** **Abacus Financing 2501 Landmeier Road Elk Grove Village, IL 60007** | | | **December, 2008 Equipment** | | | | **443,650.00** |
| ACCOUNT NO. **0105** **Abacus Financing 2501 Landmeier Road Elk Grove Village, IL 60007** | | | **June, 2008 Machinery** | | | | **98,366.00** |

_____**25**_____ continuation sheets attached

Subtotal (Total of this page)   $ **804,386.95**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____   Case No. _____
                                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0108**<br>**Abacus Financing**<br>**2501 Landmeier Road**<br>**Elk Grove Village, IL  60007** | | | December, 2008<br>Equipment | | | | 71,087.00 |
| ACCOUNT NO. **0104**<br>**Abacus Financing**<br>**2501 Landmeier Road**<br>**Elk Grove Village, IL  60007** | | | June, 2008<br>Equipment | | | | 1,500,000.00 |
| ACCOUNT NO. **7805**<br>**Accu-Cut, Inc**<br>**C/O Attorney Chester Chostner, Jr.**<br>**1 Court Place, Suite 202**<br>**Rockford, IL  61105-0404** | | | June, 2009<br>Business expense<br>In collection | | | | 1,698.00 |
| ACCOUNT NO.<br>**Advanced Waste Services**<br>**304 18th Ave**<br>**Rockford, IL  61104-5128** | | | Services | | | | 1,402.00 |
| ACCOUNT NO. **V151**<br>**Aflac**<br>**Aflac Client Services Department**<br>**1932 Wynnton Road**<br>**Columbus, GA  31999-0001** | | | March, 2009<br>Insurance<br>In collection | | | | 4,879.47 |
| ACCOUNT NO.<br>**AGCO Parts Division**<br>**PO Box 102380**<br>**Duluth, GA  30098-2380** | | | Supplies | | | | 880.01 |
| ACCOUNT NO. **5730**<br>**Aim Distribution**<br>**C/O Greenspan & Douglas, Inc.**<br>**2921 E. Ft. Lowell Rd., Suite 113**<br>**Tuscon, AZ  85716** | | | May, 2009<br>Business expense<br>In collection | | | | 1,770.32 |

Sheet no. **1** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,581,716.80**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE F.A.C. Consolidated Industries, Inc.
_____    Case No. _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **All World Machinery Supply** <br> 1301 W Diggins St <br> Harvard, IL  60033-2300 | | | **Supplies** | | | | 630.00 |
| ACCOUNT NO. <br> **Alp American Laser Products** <br> 8612 Fairway Pl <br> Middleton, WI  53562-2504 | | | **Supplies** | | | | 519.04 |
| ACCOUNT NO. <br> **Alpine Bank** <br> PO Box 6086 <br> Rockford, IL  61125-1086 | | | **Services** | | | | 2,347.62 |
| ACCOUNT NO. **nown** <br> **American Industrial Rigging, Inc.** <br> C/O Attorney Clayton Lindsey <br> 607 W. Washington Street <br> Oregon, IL  61061-0339 | | | **February, 2009** <br> **Business expense** <br> **In collection** | | | | 2,466.70 |
| ACCOUNT NO. <br> **Arco Machinery Movers Div. of MRS Ind.** <br> 4999 Torque Road <br> Loves Park, IL  61111 | | | **Services** | | | | 3,200.00 |
| ACCOUNT NO. <br> **Area Rigging & Millwright Service** <br> 4894 Sandy Hollow Rd <br> Rockford, IL  61103 | | | **Supplies** | | | | 8,414.00 |
| ACCOUNT NO. <br> **Arthur Machinery, Inc.** <br> 2501 Landmeier Rd <br> Elk Grove Village, IL  60007-2622 | | | **Supplies** | | | | 580,000.00 |

Sheet no. **2** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 597,577.36

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                                            Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0620**<br>**Bank Of America**<br>**PO Box 2284**<br>**Brea, CA  92822-2284** | | | Credit Card | | | | 20,623.64 |
| ACCOUNT NO. **2529**<br>**Bank Of America**<br>**P.O. Box 15726**<br>**Wilmington, DE  19886-5726** | | | Credit card | | | | 14,864.00 |
| ACCOUNT NO.<br>**Bank Of America, N.A.**<br>**PO Box 30610**<br>**Los Angeles, CA  90030-0610** | | | Services | | | | 1,752.64 |
| ACCOUNT NO.<br>**Bell City Foundry**<br>**411 West Street**<br>**Brantform, Ontario N3R 3V9, Canada** | | | Supplies | | | | 1,284.96 |
| ACCOUNT NO.<br>**Bell City Foundry**<br>**411 West Street**<br>**Brantform, Ontario N3R 3V9, Canada** | | | Supplies | | | | 2,484.96 |
| ACCOUNT NO. **2533**<br>**Best Buy**<br>**HSBC Retail Services**<br>**PO Box 17298**<br>**Baltimore, MD  21297-1298** | | | Credit card | | | | 5,736.15 |
| ACCOUNT NO.<br>**Blackhawk Foundry**<br>**323 S Clark St**<br>**Davenport, IA  52802-2162** | | | Supplies | | | | 2,149.70 |

Sheet no. **3** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **48,896.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                    Case No. _____
_____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bowmanville Fndy** <br> **PO Box 69** <br> **172 Wellington Street** <br> **Bowmanville, ON.,** | | | Supplies | | | | 1,465.63 |
| ACCOUNT NO. <br> **Broadmoor Agency** <br> **321 W State St** <br> **Rockford, IL  61101-1137** | | | Insurance | | | | 3,855.58 |
| ACCOUNT NO. <br> **Calibration Solution** <br> **9865 N Alpine Rd** <br> **Machesney Park, IL  61115-1681** | | | Supplies | | | | 479.40 |
| ACCOUNT NO. **5200** <br> **Capital One** <br> **Visa Business** <br> **PO Box 6492** <br> **Carol Stream, IL  60197-6492** | | | Credit Card | | | | 5,937.95 |
| ACCOUNT NO. **0679** <br> **Capital One Bank** <br> **Visa Platinum Account** <br> **PO Box 6492** <br> **Carol Stream, IL  60197-6492** | | | Credit card | | | | 14,987.31 |
| ACCOUNT NO. <br> **Central Insurance Co.** <br> **PO Box 351** <br> **Van Wert, OH  45891-0351** | | | Insurance | | | | 12,867.61 |
| ACCOUNT NO. <br> **Ceram Tek** <br> **1 Technology Pl** <br> **Laurens, SC  29360-1669** | | | Supplies | | | | 2,084.54 |

Sheet no. **4** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **41,678.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**      Case No. _____
_____
Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chemtool, Inc.**<br>**PO Box 538**<br>**Crystal Lake, IL  60039-0538** | | | **Supplies** | | | | 2,040.83 |
| ACCOUNT NO.<br>**Chicago High-Speed Tool And Supply**<br>**Lockbox 72491**<br>**131 S Dearborn St**<br>**Chicago, IL  60603-5517** | | | **Supplies** | | | | 11,524.78 |
| ACCOUNT NO.<br>**Chicago Induction Metal Treating**<br>**3305 W Harrison St**<br>**Chicago, IL  60624-3703** | | | **Supplies** | | | | 3,900.52 |
| ACCOUNT NO.<br>**Chipblaster**<br>**13605 S Mosiertown Rd**<br>**Meadville, PA  16335-8346** | | | **Supplies** | | | | 158.79 |
| ACCOUNT NO. **nown**<br>**Cincinnati Tool Steel Co.**<br>**5190 28th Avenue**<br>**Rockford, IL  61125-0664** | | | **January, 2009**<br>**Business expense** | | | | 5,752.59 |
| ACCOUNT NO.<br>**Cincinnati Tool Steel Co.**<br>**36110 Eagle Way**<br>**Chicago, IL  60678-0001** | | | **Supplies** | | | | 4,522.71 |
| ACCOUNT NO.<br>**Citation Berlin**<br>**PO Box 93405**<br>**Chicago, IL  60673-3405** | | | **Supplies** | | | | 798.42 |

Sheet no. **5** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,698.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City Of Rockford** <br> **RLDC** <br> **120 W State St** <br> **Rockford, IL  61101-1125** | | | | | | | 8,622.00 |
| ACCOUNT NO. <br> **City Of Rockford** <br> **Water Department** <br> **425 E. State St** <br> **Rockford, IL  61104** | | | **Services** | | | | 124.45 |
| ACCOUNT NO. **3000** <br> **City Of Rockford** <br> **Community Development Department** <br> **425 E. State St** <br> **Rockford, IL  61104** | | | **Small Business Loan** | | | | 75,000.00 |
| ACCOUNT NO. <br> **CMA/FLODYNE/HYDRADYNE** <br> **1000 Muirfield Dr** <br> **Hanover Park, IL  60133-5468** | | | **Supplies** | | | | 158.22 |
| ACCOUNT NO. <br> **Columbia Pipe & Supply Co.** <br> **5730 Columbia Pkwy** <br> **Rockford, IL  61108-5016** | | | **Supplies** | | | | 144.74 |
| ACCOUNT NO. <br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL  60668-0001** | | | **Services** | | | | 63,315.51 |
| ACCOUNT NO. <br> **ComEd 7016** <br> **Bill Payment Service** <br> **Chicago, IL  60668-0001** | | | **Services** | | | | 5,453.54 |

Sheet no. _____**6**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 152,818.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                        Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cream City Scale, LLC**<br>**4096 Interstate Blvd**<br>**Loves Park, IL  61111-5701** | | | **Supplies** | | | | **225.00** |
| ACCOUNT NO.<br>**Crescent Electric Supply Co**<br>**5245 28th Ave**<br>**Rockford, IL  61109-1722** | | | **Services** | | | | **1,042.53** |
| ACCOUNT NO.<br>**Crowe FNDY**<br>**PO Box 8703 - Station A**<br>**Toronto, ON M5W 3C2, Canada** | | | **Supplies** | | | | **3,114.20** |
| ACCOUNT NO.<br>**Custom Screw Machine Products**<br>**5466 E. Rockton Road**<br>**Rockton, IL  61073** | | | **Supplies** | | | | **678.60** |
| ACCOUNT NO.<br>**D & M Pallet Recycling Co.**<br>**PO Box 6262**<br>**Rockford, IL  61125-1262** | | | **Services** | | | | **9,877.50** |
| ACCOUNT NO.<br>**David Casazza**<br>**Talcott Building**<br>**321 W State St**<br>**Rockford, IL  61101-1137** | | | **April, 2008**<br>**Investment Agreement**<br>**Possible claim for breach of agreement** | | | | **170,000.00** |
| ACCOUNT NO.<br>**Diamond Heat Treatment**<br>**3691 Publishers Dr**<br>**Rockford, IL  61109-2773** | | | **Supplies** | | | | **1,154.35** |

Sheet no. __**7**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **186,092.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Domestic Castings Co.** <br> **PO Box 220** <br> **Shippensburg, PA 17257-0220** | | | **Supplies** | | | | 4,345.82 |
| ACCOUNT NO. <br> **Dr. Gautam Gupta** <br> **6090 Strathmoor Dr** <br> **Rockford, IL 61107-6628** | | | **April, 2008** <br> **Investment Agreement** <br> **Possible claim for breach of agreement** | | | | 170,000.00 |
| ACCOUNT NO. **0510** <br> **Earl M. Jorgensen Company** <br> **C/O Herbert Greene, Esq.** <br> **401 W. State Street #800** <br> **Rockford, IL 61101** | | | **March, 2009** <br> **Business expense** <br> **Small Claims Complaint filed 09/1/7/2009** | | | | 4,934.68 |
| ACCOUNT NO. <br> **EFD** <br> **977 Waterman Ave** <br> **East Providence, RI 02914-1342** | | | **Supplies** | | | | 489.88 |
| ACCOUNT NO. <br> **Electroform Inc.** <br> **11070 Raleigh Ct** <br> **Machesney Park, IL 61115-1416** | | | **Supplies** | | | | 2,080.00 |
| ACCOUNT NO. <br> **EMJ Earlle M. Jorgensen** <br> **75 Remittance Dr.** <br> **Chicago, IL 60675-6477** | | | **Supplies** | | | | 2,531.20 |
| ACCOUNT NO. <br> **Englewood Electrical Supply Co.** <br> **C/O Filer, Sulayman & Hill PLC** <br> **150 N Michigan Ave** <br> **Chicago, IL 60601-7553** | | | **Supplies** <br> **In suit** | | | | 52,824.41 |

Sheet no. **8** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **237,205.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                    Case No. _____
_____
Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Equipment Depot Of Illinois, Inc.** <br> **Dept 6059** <br> **Carol Stream, IL  60122-0001** | | | **Supplies** | | | | 4,280.82 |
| ACCOUNT NO. <br> **Equipment Depot Of Illinois, Inc.** <br> **2545 Northwest Pkwy** <br> **Elgin, IL  60124-7870** | | | **July 8, 2008** <br> **Forklift** | | | | 32,588.50 |
| ACCOUNT NO. <br> **Equipment Depot Of Illinois, Inc.** <br> **2545 Northwest Pkwy** <br> **Elgin, IL  60124-7870** | | | **July, 2008** <br> **Forklift** | | | | 29,157.35 |
| ACCOUNT NO. **0001** <br> **Equipment Depot Of Illinois, Inc.** <br> **4414 11th St** <br> **Rockford, IL  61109-3632** | | | **Conveyors** | | | | 34,818.00 |
| ACCOUNT NO. **0125** <br> **Euro Leasing, LLC** <br> **25012 Landmeier Road** <br> **Elk Grove Village, IL  60007** | | | **2001 Haas VF-6/50 Taper** | | | | 198,900.00 |
| ACCOUNT NO. <br> **Euro Leasing, LLC** <br> **25012 Landmeier Road** <br> **Elk Grove Village, IL  60007** | | | **1999 Haas VF-6/50 Taper** | | | | 97,335.00 |
| ACCOUNT NO. **nown** <br> **Ever Ready Pin & Manufacturing** <br> **C/O Account Recovery Services, Inc.** <br> **PO Box 2526** <br> **Loves Park, IL  61132** | | | **January, 2009** <br> **Business Expense** <br> **In collection** | | | | 1,994.21 |

Sheet no. **9** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **399,073.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fastenal Company**<br>**PO Box 1286**<br>**Winona, MN  55987-1286** | | | **Supplies** | | | | 276.30 |
| ACCOUNT NO.<br>**Ferrell Gas**<br>**10522 N 2nd St**<br>**Machesney Park, IL  61115-1405** | | | **Supplies** | | | | 60.41 |
| ACCOUNT NO. **3032**<br>**First Equity Card Corp**<br>**Visa**<br>**P.O. Box 23029**<br>**Columbus, GA  31902-3029** | | | **Credit Card** | | | | 10,000.00 |
| ACCOUNT NO.<br>**Flodyne Hydradyne**<br>**1000 Muirfield Dr**<br>**Hanover Park, IL  60133-5468** | | | **Supplies** | | | | 2,400.49 |
| ACCOUNT NO.<br>**FPR Heat Treating**<br>**648 US Route 20**<br>**Cherry Valley, IL  61016-9545** | | | **Supplies** | | | | 92.46 |
| ACCOUNT NO.<br>**Fraker Door, LLC**<br>**13365 Westridge Ct**<br>**Winnebago, IL  61088-8049** | | | **Supplies** | | | | 160.00 |
| ACCOUNT NO. **0983**<br>**Fuchs Lubricants Harvey**<br>**C/O Biehl & Biehl, Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL  60188-7410** | | | **February, 2009**<br>**Business Expense**<br>**In collection** | | | | 2,189.26 |

Sheet no. __**10**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **15,178.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                              Case No. _____
_____
Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Furst Staffing** <br> **PO Box 5863** <br> **Rockford, IL  61125-0863** | | | **Services** | | | | **13,497.79** |
| ACCOUNT NO. <br> **GMA Garnet (USA) Corp.** <br> **480 N Sam Houston Pkwy E** <br> **Houston, TX  77060-3550** | | | **Supplies** | | | | **631.00** |
| ACCOUNT NO. <br> **GMAC** <br> **PO Box 9001948** <br> **Louisville, KY  40290-1948** | | | **2008 Chevrolet Silverado** | | | | **1,594.05** |
| ACCOUNT NO. **6894** <br> **GMAC** <br> **PO Box 9001948** <br> **Louisville, KY  40290-1948** | | | **2008 Chevrolelt C4500 Kodial Flat Bed Truck** | | | | **42,676.85** |
| ACCOUNT NO. <br> **Government Data Publications** <br> **GDP Building-Accounting Div** <br> **1661 McDonald Ave** <br> **Brooklyn, NY  11230-6312** | | | **Supplies** | | | | **312.00** |
| ACCOUNT NO. <br> **Header Tool And Die** <br> **PO Box 5846** <br> **3022 Eastrock Ct** <br> **Rockford, IL  61109-1760** | | | **Supplies** | | | | **1,093.00** |
| ACCOUNT NO. <br> **Honeywell Sensotec & Lebow Products** <br> **2080 Arlingate Ln** <br> **Columbus, OH  43228-4112** | | | **Supplies** | | | | **5,614.72** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __**11**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **65,419.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____  Case No. _____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5681**<br>**Hulick Metals, Inc.**<br>**C/O Thomas Green, Esq.**<br>**6833 Stalter Drive - 1st Floor**<br>**Rockford, IL  61108** | | | **January, 2009**<br>**Business expense**<br>**In collection** | | | | 4,317.25 |
| ACCOUNT NO.<br>**Industrial Precision**<br>**6861 Tipple Rd**<br>**Rockford, IL  61102-4459** | | | **Supplies** | | | | 3,772.00 |
| ACCOUNT NO.<br>**Integrity Saw & Tool**<br>**507 W Rolling Meadows Dr**<br>**Fond Du Lac, WI  54937-9160** | | | **Supplies** | | | | 402.95 |
| ACCOUNT NO. **5515**<br>**J & B Jig Grinding, Inc.**<br>**C/O Elizabeth Dranger, Esq**<br>**800 N Church St**<br>**Rockford, IL  61103-6919** | | | **Supplies** | | | | 2,180.00 |
| ACCOUNT NO. **9424**<br>**J & L Industrial Supply**<br>**C/O Debt Alert**<br>**4836 Brecksville Road**<br>**Richfield, OH  44286** | | | **February, 2009**<br>**Business Expense**<br>**In collection** | | | | 1,854.54 |
| ACCOUNT NO.<br>**Jerico**<br>**705 Springer Dr**<br>**Lombard, IL  60148-6412** | | | **Supplies** | | | | 753.08 |
| ACCOUNT NO. **Note**<br>**KIC Holdings, Inc.**<br>**3800 Fruit Valley Rd**<br>**Vancouver, WA  98660-1220** | | | **June, 2008**<br>**Promissory Note** | | | | 340,000.00 |

Sheet no. **12** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 353,279.82

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                        Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Kirsh FNDY** <br> **125 Towell St** <br> **Beaver Dam, WI  53916** | | | Supplies | | | | 258.26 |
| ACCOUNT NO. <br><br> **KS&C Industries, LLP** <br> **2750 S Hanley Rd** <br> **Saint Louis, MO  63143-2705** | | | Supplies | | | | 1,183.00 |
| ACCOUNT NO. <br><br> **Lakeview Forge** <br> **1725 Pittsburge Ave** <br> **PO Box 1030** <br> **Erie, IA** | | | Supplies | | | | 4,287.25 |
| ACCOUNT NO. <br><br> **LaLoggia's Excavating** <br> **5719 Auburn St** <br> **Rockford, IL  61101-2201** | | | Services | | | | 5,575.00 |
| ACCOUNT NO. <br><br> **Lemke Machine Products** <br> **940 Dieckman St** <br> **Woodstock, IL  60098-9287** | | | Supplies | | | | 360.76 |
| ACCOUNT NO. <br><br> **Machining Systems** <br> **5833 Fisher Rd** <br> **Howell, MI  48855-8228** | | | Services | | | | 982.90 |
| ACCOUNT NO. <br><br> **Makino** <br> **PO Box 632622** <br> **Cincinnati, OH  45263-2622** | | | Supplies | | | | 1,288.59 |

Sheet no. **13** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $   **13,935.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE F.A.C. Consolidated Industries, Inc.
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **nown**<br>Marengo Valve & Foundry<br>C/O SmithAmundsen<br>2460 Lake Shore Drive<br>Woodstock, IL  60098-6911 | | | January 8, 2009<br>Business Expense<br>In collection | | | | 12,276.80 |
| ACCOUNT NO.<br>Mark Bender Lawncare<br>4870 Fielding Rd<br>Rockford, IL  61102-4513 | | | Services | | | | 2,625.00 |
| ACCOUNT NO.<br>Mark Pack, Inc<br>3405 Lonergan Dr<br>Rockford, IL  61109-2622 | | | Supplies | | | | 2,829.00 |
| ACCOUNT NO. **9778**<br>McBee<br>C/O Commercial Recovery Corporation<br>9298 Central Avenue NE - Suite 310<br>Minneapolis, MN  55434 | | | February, 2009<br>Business expense<br>In collection | | | | 224.51 |
| ACCOUNT NO. **3716**<br>McMaster-Carr Supply Company<br>C/O Biehl & Biehl<br>PO Box 87410<br>Carol Stream, IL  60188-7410 | | | March, 2009<br>Business expense<br>In collection | | | | 315.92 |
| ACCOUNT NO.<br>Mechanical<br>PO Box 750<br>2279 Route 20 E<br>Freeport, IL  61032-9643 | | | Supplies | | | | 1,000.00 |
| ACCOUNT NO.<br>Metal Prep Services<br>5434 International Dr<br>Rockford, IL  61109-2776 | | | Services | | | | 720.00 |

Sheet no. **14** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,991.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Metalcast, Inc.**<br>**PO Box 1637**<br>**401 E Avenue B**<br>**Salina, KS  67401-8960** | | | Services | | | | 798.93 |
| ACCOUNT NO.<br>**Mid City Office Products**<br>**2121 Harlem Rd**<br>**Loves Park, IL  61111** | | | Supplies | | | | 334.26 |
| ACCOUNT NO. **nown**<br>**MLT Providers**<br>**C/O Greenspan & Douglas**<br>**2921 E. Ft. Lowell Road, Suite 113**<br>**Tuscon, AZ  85716** | | | October, 2008<br>Business expense<br>In collection | | | | 24,550.00 |
| ACCOUNT NO. **441E**<br>**Monarch Industries, Inc.**<br>**C/O Receivables Control Coroporation**<br>**7373 Kirkwood Court, Suite 200**<br>**Minneapolis, MN  55369** | | | December, 2008<br>Business expense<br>In collection | | | | 1,835.18 |
| ACCOUNT NO. **9424**<br>**MSC Industrial Supply Co**<br>**C/O A.G. Adjustments, Ltd.**<br>**740 Walt Whitman Road**<br>**Melville, NY  11747-9090** | | | February, 2009<br>Business expense<br>In collection | | | | 2,039.99 |
| ACCOUNT NO.<br>**Nelson & Storm**<br>**2303 11th St**<br>**Rockford, IL  61104-7258** | | | Supplies | | | | 87.82 |
| ACCOUNT NO.<br>**Nerd Network**<br>**PO Box 3668**<br>**Barrington, IL  60011-3668** | | | Services | | | | 5,000.00 |

Sheet no. __15__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **34,646.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **nown**<br><br>Nick King<br>C/O Herbert Greene, Esq.<br>401 W. State Street, Suite 600<br>Rockford, IL  61101 | | | April, 2009<br>Business expense<br>In collection | | | | 10,244.99 |
| ACCOUNT NO.<br><br>Nicor Gas<br>PO Box 416<br>Aurora, IL  60568-0001 | | | Services | | | | 7,346.49 |
| ACCOUNT NO. **8620**<br><br>NMHG Financial Services, Inc.<br>Yale Financial Services<br>44 Old Ridgebury Road<br>Danbury, CT  06810 | | | Floor Scrobber | | | | 5,800.00 |
| ACCOUNT NO.<br><br>Northern  Machine Tool Services<br>732 S Vista Dr<br>Algonquin, IL  60102-2956 | | | Services | | | | 502.50 |
| ACCOUNT NO. **8198**<br><br>Office Depot<br>Credit Card Plan<br>Processing Center<br>Des Moines, IA  50364-0001 | | | Credit Card | | | | 6,848.57 |
| ACCOUNT NO. **8317**<br><br>Old Dominion Freight Line, Inc.<br>C/O McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH  44146 | | | August, 2008<br>Business expense - freight<br>In collection | | | | 4,693.17 |
| ACCOUNT NO.<br><br>Overhead Material Handling<br>135 W Johnson St<br>Palatine, IL  60067-6182 | | | Services | | | | 1,278.20 |

Sheet no. __16__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,713.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE F.A.C. Consolidated Industries, Inc.
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paper Recovery Service Corp.**<br>**7972 Crest Hills Dr**<br>**Loves Park, IL  61111-8300** | | | Services | | | | 35.00 |
| ACCOUNT NO.<br>**PerMar Security**<br>**514 Loves Park Dr**<br>**Loves Park, IL  61111-5159** | | | Services | | | | 1,667.92 |
| ACCOUNT NO.<br>**Pitney Bowes**<br>**PO Box 856390**<br>**Water Valley, KY  42085-6390** | | | Services | | | | 60.50 |
| ACCOUNT NO. **3302**<br>**Popular Equipment Finance, Inc.**<br>**15833 Clayton Road  #200**<br>**Ballwin, MO  63011** | | | Equipment | | | | 300,000.00 |
| ACCOUNT NO. **nown**<br>**Precision Drive & Control, Inc.**<br>**C/O Judd Thruman, Esq.**<br>**8 East Stephenson Street**<br>**Freeport, IL  61032** | | | November, 2008<br>Business expense - motor repair<br>Small Claims Complaint | | | | 6,053.22 |
| ACCOUNT NO. **nown**<br>**Premium Oil Company**<br>**C/O Ray A. Ferguson & Associates, Ltd**<br>**216 North Court Street**<br>**Rockford, IL  61103** | | | March, 2009<br>Business expense<br>In collection | | | | 2,047.39 |
| ACCOUNT NO. **0635**<br>**Professional Graphics, Inc.**<br>**C/O Slater, Tenaglia, Fritz & Hunt, P.A.**<br>**PO Box 5476**<br>**Mount Laurel, NJ  08054-5476** | | | December, 2008<br>Business Expense<br>In collection | | | | 1,900.00 |

Sheet no. __**17**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **311,764.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE F.A.C. Consolidated Industries, Inc.
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Prographics<br>4404 Boeing Dr<br>Rockford, IL 61109-2931 | | | Services | | | | 1,014.25 |
| ACCOUNT NO.<br>Progressive Foundry<br>PO Box 338<br>Perry, IA 50220-0338 | | | Services | | | | 1,550.18 |
| ACCOUNT NO. 049Q<br>Quill Corporation<br>C/O R.M.S.<br>55 Shuman Blvd<br>Naperville, IL 60563-8467 | | | August, 2008<br>Business expense<br>In collection | | | | 926.17 |
| ACCOUNT NO.<br>R & K Tool Sales<br>PO Box 2965<br>12 Executive Park Dr<br>Hendersonville, TN 37075-3450 | | | Supplies | | | | 1,381.00 |
| ACCOUNT NO.<br>R.R. Floody Co<br>5065 27th Ave<br>Rockford, IL 61109-1710 | | | Supplies | | | | 10,783.21 |
| ACCOUNT NO.<br>Robohand<br>1625 Leabrook Ln<br>Wheaton, IL 60189-7252 | | | Services | | | | 18,765.08 |
| ACCOUNT NO.<br>Rock River Water Reclamation District<br>PO Box 6207<br>Rockford, IL 61125-1207 | | | Services | | | | 147.85 |

Sheet no. __18__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 34,567.74

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Rockford Bank And Trust Company** <br> **PO Box 1748** <br> **127 N. Wyman Street** <br> **Rockford, IL  61110** | | | **Promissory note dated April, 2008.** | | | | 1,725,150.07 |
| ACCOUNT NO. **6335** <br> **Rockford Bank And Trust Company** <br> **PO Box 1748** <br> **127 N. Wyman Street** <br> **Rockford, IL  61110** | | | **Business Loan** <br> **August, 2008** | | | | 600,000.00 |
| ACCOUNT NO. **6337** <br> **Rockford Bank And Trust Company** <br> **PO Box 1748** <br> **127 N. Wyman Street** <br> **Rockford, IL  61110** | | | **August, 2008** <br> **3 grinders** | | | | 79,354.41 |
| ACCOUNT NO. **nown** <br> **Rockford Bank And Trust Company** <br> **PO Box 1748** <br> **127 N. Wyman Street** <br> **Rockford, IL  61110** | | | **August, 2008** <br> **Promissory Note** | | | | 118,492.66 |
| ACCOUNT NO. **6327** <br> **Rockford Bank And Trust Company** <br> **PO Box 1748** <br> **127 N. Wyman Street** <br> **Rockford, IL  61110** | | | **August, 2008** <br> **Promissory Note** | | | | 280,948.96 |
| ACCOUNT NO. **nown** <br> **Rockford Bank And Trust Company** <br> **PO Box 1748** <br> **127 N. Wyman Street** <br> **Rockford, IL  61110** | | | **Checking Account overdrafts** | | | | 618,877.56 |
| ACCOUNT NO. <br> **Rockford Heat Treaters** <br> **4704 American Rd** <br> **Rockford, IL  61109-2629** | | | **Services** | | | | 1,345.70 |

Sheet no. **19** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,424,169.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                  Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rockford Local Development Corporation**<br>**120 West State Street**<br>**Suite 306**<br>**Rockford, IL 61101-1199** | | | **SBA Loan** | | | | **1,667,000.00** |
| ACCOUNT NO. **9729**<br>**Rockwell Automation**<br>**C/O A.G. Adjustments, Ltd**<br>**740 Walt Whitman Rd**<br>**Melville, NY 11747-9090** | | | **March, 2009**<br>**Business Expense**<br>**In collection** | | | | **1,628.00** |
| ACCOUNT NO.<br>**Rockwell Automation**<br>**180 Harvester Dr**<br>**Burr Ridge, IL 60527-7594** | | | **Services** | | | | **1,480.00** |
| ACCOUNT NO.<br>**Roloff Manufacturing Corp.**<br>**PO Box 7002**<br>**400 Gertrude St**<br>**Kaukauna, WI 54130-1424** | | | **Supplies** | | | | **1,427.08** |
| ACCOUNT NO.<br>**Roper Whitney Of Rockford, Inc.**<br>**1502 Momentum Place**<br>**Chicago, IL 60689-5315** | | | **Supplies** | | | | **3,657.05** |
| ACCOUNT NO.<br>**Roper Whitney Of Rockford, Inc.**<br>**1502 Momentum Place**<br>**Chicago, IL 60689-5315** | | | **Supplies** | | | | **12,000.00** |
| ACCOUNT NO. **5515**<br>**S&B Jig Grinding, Inc.**<br>**C/O Holmstrom & Kennedy**<br>**800 N Church St**<br>**Rockford, IL 61103-6919** | | | **November, 2008**<br>**Business expense**<br>**Small Claims Complaint** | | | | **2,680.00** |

Sheet no. **20** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **1,689,872.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
           Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8497**<br>**Safeway Services, Inc.**<br>**C/O Morgan Stone & Associates**<br>**1005 Veterans Memorial Blvd Ste 202**<br>**Kenner, LA  70062-4109** | | | August, 2008<br>Business expense<br>In collection | | | | 3,082.75 |
| ACCOUNT NO. **0321**<br>**Sam's Club**<br>**Discover**<br>**PO Box 530970**<br>**Atlanta, GA  30353-0970** | | | Credit Card | | | | 5,102.00 |
| ACCOUNT NO.<br>**Sandray Precision Grinding**<br>**632 Grable St**<br>**Rockford, IL  61109-2004** | | | Services | | | | 1,100.00 |
| ACCOUNT NO.<br>**Secretary Of State**<br>**3701 Winchester Rd**<br>**Springfield, IL  62707-9759** | | | License fee | | | | 78.00 |
| ACCOUNT NO.<br>**Seneca Foundry**<br>**PO Box 365**<br>**240 Mackinlay Kantor Dr**<br>**Webster City, IA  50595-7272** | | | Services | | | | 5,770.89 |
| ACCOUNT NO. **8056**<br>**Sherwin Williams**<br>**7300 E Riverside Blvd**<br>**Loves Park, IL  61111-5628** | | | Supplies | | | | 4,242.24 |
| ACCOUNT NO.<br>**Smith Castings, Inc.**<br>**PO Box 2126**<br>**Ford Plant**<br>**Kingsford, MI  49802-2126** | | | Services | | | | 4,748.80 |

Sheet no. **21** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **24,124.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE F.A.C. Consolidated Industries, Inc. _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Smithers Quality Assessments**<br>425 W Market St<br>Akron, OH  44303-2044 | | | Services | | | | 1,403.00 |
| ACCOUNT NO.<br>**Spearhead Development Co.**<br>2211 E Gate Pkwy<br>Rockford, IL  61108-6038 | | | Services | | | | 925.00 |
| ACCOUNT NO. **2668**<br>**Staples Credit Plan**<br>Processing Center<br>Des Moines, IA  50364-0001 | | | Credit Card | | | | 1,328.26 |
| ACCOUNT NO.<br>**State Line Foundries, Inc.**<br>6593 Reliable Pkwy<br>Chicago, IL  60686-6593 | | | Services | | | | 1,554.00 |
| ACCOUNT NO.<br>**Steiner Electric**<br>6900 Rock Valley Pkwy<br>Loves Park, IL  61111-8620 | | | Services | | | | 3,089.44 |
| ACCOUNT NO. **6711**<br>**Steiner Electrical Co.**<br>6900 Rock Valley Pkwy<br>Loves Park, IL  61111-8620 | | | Services | | | | 745.53 |
| ACCOUNT NO. **1719**<br>**Target Laser & Machining, Inc.**<br>C/O Jason Rock, Esq.<br>6833 Stalter Dr<br>Rockford, IL  61108-2579 | | | **August, 2008**<br>**Business expense - custom manufactured machine tool parts**<br>**Small Claims Complaint** | | | | 1,560.00 |

Sheet no. **22** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **10,605.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE F.A.C. Consolidated Industries, Inc. _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2745**<br>**The Calibration Solution**<br>**C/O A.F.A. Collections**<br>**PO Box 3825**<br>**Plymouth, MA  02361** | | | **March, 2009**<br>**Business Expense**<br>**In collection** | | | | **716.50** |
| ACCOUNT NO.<br>**The Hartford**<br>**PO Box 2907**<br>**Hartford, CT  06104-2907** | | | **Insurance** | | | | **15,599.49** |
| ACCOUNT NO.<br>**The Tax Pro, Inc.**<br>**4815 E State St**<br>**Rockford, IL  61108** | | | **Services** | | | | **67,257.50** |
| ACCOUNT NO.<br>**Tiffany Metal Casting**<br>**Route #4**<br>**Orangeville, OR L9W2Z, Canada** | | | **Supplies** | | | | **3,882.56** |
| ACCOUNT NO.<br>**Tristate Machinery**<br>**1290s Wheeling Roac**<br>**Wheeling, IL  60090** | | | **Supplies** | | | | **90.86** |
| ACCOUNT NO. **3190**<br>**U.S. Shop Tools**<br>**C/O Davis & Goldmark, Inc.**<br>**23441 S Pointe Dr Ste 110**<br>**Laguna Hills, CA  92653-1522** | | | **January, 2009**<br>**Business expense**<br>**In collection** | | | | **678.74** |
| ACCOUNT NO. **1380**<br>**Uline Shipping Supply Specialists**<br>**C/O McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH  44146-1807** | | | **September, 2008**<br>**Business expense**<br>**In collection** | | | | **5,630.39** |

Sheet no. **23** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **93,856.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE F.A.C. Consolidated Industries, Inc.                                              Case No. _____
_____                                      
              Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Unified Health Services**<br>**Billing For Physicians**<br>**PO Box 1000, Dept 380**<br>**Memphis, TN  38148-0001** | | | **Services** | | | | **209.65** |
| ACCOUNT NO. **3904**<br>**United Parcel Service**<br>**C/O R.M.S.**<br>**PO Box 20543**<br>**Lehigh Valley, PA  18002-0543** | | | **November, 2008**<br>**Business expense**<br>**In collection** | | | | **2,168.39** |
| ACCOUNT NO.<br>**United Skilled, Inc.**<br>**3412 Precision Dr**<br>**Rockford, IL  61109-2770** | | | **Services** | | | | **1,220.00** |
| ACCOUNT NO.<br>**Veolia Environmental Services**<br>**PO Box 6484**<br>**Carol Stream, IL  60197-6484** | | | **Services** | | | | **422.43** |
| ACCOUNT NO. **L122**<br>**Verstrand Engineering, Inc.**<br>**C/O Fulbright & Associates, P.C.**<br>**PO Box 1510**<br>**Rockford, IL  61110-0010** | | | **July, 2009**<br>**Business expense**<br>**Citation to Discover Assets** | | | | **98,403.29** |
| ACCOUNT NO. **8065**<br>**W. W. Grainger, Inc.**<br>**C/O Teller, Levit & Silvertrust, P.C.**<br>**11 E. Adams Street**<br>**Chicago, IL  60603** | | | **January, 2009**<br>**Business Expense**<br>**Small Claims Complaint filed 06/18/2009** | | | | **6,303.62** |
| ACCOUNT NO.<br>**Welders Supply Co.**<br>**111 Barrett Placee**<br>**PO Box 875**<br>**Beloit, WI  53512-0875** | | | **Supplies** | | | | **1,673.38** |

Sheet no. **24** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **110,400.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **F.A.C. Consolidated Industries, Inc.**                                    Case No. _____
_____
           Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Westwick Foundry, Ltd<br>Claude & Meeker Streets<br>PO Box 315<br>Galena, IL  61036-0315** | | | **Supplies** | | | | **98.81** |
| ACCOUNT NO.<br>**Workplace<br>4701 E State St<br>Rockford, IL  61108-2206** | | | **Services** | | | | **90,210.19** |
| ACCOUNT NO. **C524**<br>**Youngberg Industries, Inc.<br>C/O Tobin & Ramon<br>530 S State St Ste 200<br>Belvidere, IL  61008-3711** | | | **March, 2009<br>Business expense<br>Small Claims Complaint - Bitation to Discover Assets** | | | | **9,204.00** |
| ACCOUNT NO.<br>**YRC Logistic Global, LLC<br>23816 Network Place<br>Chicago, IL  60673-1238** | | | **Services** | | | | **130.63** |
| ACCOUNT NO.<br>**ZimTek Account Management<br>3703 N Main St<br>Rockford, IL  61103-1688** | | | **Services** | | | | **55,826.60** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __25__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    $ **155,470.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $ **10,472,139.77**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.** _____   Case No. _____
                              Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.** _____    Case No. _____
                                          Debtor(s)                                      (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **F.A.C. Consolidated Industries, Inc.**                                   Case No. _____
_____
Debtor(s)                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____
                                                                                                    Debtor

Date: _____      Signature: _____
                                                                                        (Joint Debtor, if any)
                                                                           [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **F.A.C. Consolidated Industries, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**39**_____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 23, 2009** _____      Signature: ***/s/ Farrel Tedder*** _____

**Farrel Tedder** _____
                                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

F.A.C. Consolidated Industries, Inc.                                                     Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☑ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<sub>None</sub> *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

<sub>None</sub> a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Earle M. Jorgensen Company -vs- FAC Consolidated Industries, Inc. Case No. 09 SC 4052** | **Small Claims Complaint to collect a debt** | **Circuit Court of the 17th Judicial Circuit Winnebago County, IL.** | **Pending** |
| **W. W. Grainger, Inc. -vs- FAC Consolidated Industries, Inc. Case No. 2009-SC-3111** | **Small Claims Complaint to collect a debt** | **Circuit Court of the 17th Judicial Circuit Winnebago County, Illinois** | **Judgment** |
| **Hulick Metals, Inc. -vs- FAC Consolidated Industries Case No. 09 SC 366** | **Small Claims Complaint/Citation to Discover Assets** | **In the Circuit Court of the 17th Judicial Circuit County of Winnebago, IL.** | **Judgment** |
| **Precision Drive & Control, Inc. -vs- FAC Consolidated Industries, Inc. Case No. 2009-SC 133** | **Small Claims Complaint** | **In the Circuit Court of the 15th Judicial District Stephenson County, IL.** | **Order of Default** |
| **S & B Jig Grinding, Inc., an Illinois Corporation -vs- FAC Consolidated Industries, Inc., an Illiois Corporation Case No. 08 SC 5515** | **Small Claims Complaint** | **In the Circuit Court of the 17th Judicial Circuit Winnebago County, IL.** | **Agreed Payment Order** |
| **Target Laser & Machining, Inc. -vs- FAC Consolidated Industries, Inc. Case No. 09 SC 1719** | **Small Claims Complaint** | **In the Circuit Court of the 17th Judicial Circuit Winnebago County, IL.** | **Pending** |
| **Verstrand Engineering, Inc. -vs- FAC Consolidated Industriet, Inc., et al Case No. 09 L 122** | **Complaint** | **In the Circuit Court of the 17th Judicial Circuit County of Winnebago, Illinois** | **Citation to Discover Assets** |
| **4500 Kishwaykee LLC -vs- Rockford Automated Machining, Inc. and FAC Consolidated Industries, Inc. Case # 2009 L 6283** | **Complaint** | **In the Circuit Court of Cook County, IL. Chicago IL.** | **Judgment** |
| **American Industrial Rigging, Inc. -vs- F.A.C. Consolidated Industries, Inc. Case # 09-SC-3561** | **Small Claims Complaint to collect a debt** | **In the Circuit Court of the 17th Judicial Circuit, Winnebago County, Rockford, IL** | **Pending** |
| **Arthur Machinery, Inc. -vs- FAC Consolidated Industries, Inc. Case # ADV No. 09-810** | **Motion for Default Judgment** | **United States Bankruptcy Court, Northern District of IL., Eastern Division** | **Pending** |
| **Rockford Bank & Trust Company -vs- Farrhart, Inc; Farrhart Property Mgmt; FAC Consolidated Industries, Inc., et al   Case # 09-CH-1022** | **Complaint** | **In the Circuit Court of the 17th Judicial Circuit, Winnebago County Rockford, IL.** | **Rockford Bank & Trust Company appointed as Mortgagee in Possession** |
| **United States of America, Counter-Plaintiff -vs- Rockford Bank & Trust Co; Farrhart Property Mgmt. Ltd; FAC Consolidated Industries, Inc., et al** | **Counterclaim of the United States of America for the declaration that the SBA's mortgage is prior and superior to Rockford Bank & Trust Co.** | **In the Circuit Court of the 17th Judicial Circuit, County of Winnebago Rockford, IL.** | **Pending** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case No. 09-CH-1022

| None | |
|---|---|
| ☑ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

**5. Repossessions, foreclosures and returns**

| None | |
|---|---|
| ☐ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rockford Bank And Trust Company**<br>**PO Box 1748**<br>**127 N. Wyman Street**<br>**Rockford, IL  61110** | **August, 2009** | **All assets & collateral of F.A.C. Consolidated Industries, Inc. have been repossessed by Rockford Bank & Trust Co.** |

**6. Assignments and receiverships**

| None | |
|---|---|
| ☑ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.) |

| None | |
|---|---|
| ☑ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

**7. Gifts**

| None | |
|---|---|
| ☑ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

**8. Losses**

| None | |
|---|---|
| ☑ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

**9. Payments related to debt counseling or bankruptcy**

| None | |
|---|---|
| ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kenneth F. Ritz**<br>**728 N Court St**<br>**Rockford, IL  61103-6922** | **11/13/2009** | **1,634.75** |

**10. Other transfers**

| None | |
|---|---|
| ☑ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| None | |
|---|---|
| ☑ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**Rockford Bank And Trust Company**
**PO Box 1748**
**127 N. Wyman Street**
**Rockford, IL  61110**

**Dubuque Bank & Trust Company**

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None  ☐  a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rockford Automated Machining, Inc.** | **26-2875137** | **412 18th Ave Rockford, IL  61104-5129** | **Machining Company** | **Beginning 6/26/2008 Ending 6/30/2009** |
| **FarrHart, Inc.** | **20-0745161** | **2500 N Main St Rockford, IL  61103-4000** | **Automation** | **Beginning 02/2004 Ending 6/30/2009** |
| **Farrhart Property Management, Ltd** | **26-2237115** | **412 18th Ave Rockford, IL  61104-5129** | **Property Management** | **Beginning 3/24/2008 Ending 6/30/2009** |

None  ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  ☐  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael J. Stiles The Tax Pros 3703 N Main St Ste 210 Rockford, IL  61103-1678** | **2008 - 2009** |

None  ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael J. Stiles The Tax Pros 3703 N Main St Ste 210 Rockford, IL  61103-1678** | **2008 - 2009** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael J. Stiles**
**The Tax Pros**
**3703 N Main St Ste 210**
**Rockford, IL  61103-1678**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                          DATE ISSUED
**Rockford Bank And Trust Company**
**PO Box 1748**
**127 N. Wyman Street**
**Rockford, IL  61110**

**Dubuque Bank And Trust Co.**
**3551 7th St**
**Moline, IL  61265-6156**

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Farrel L Tedder** | **President** | **1/3 share stockholder** |
| **Richard Urquhart** **7955 Old River Rd** **Rockford, IL  61103-1166** | **Vice President** | **1/3 share stockholder** |
| **Robert Urquhart** | **Secretary/Treasurer** | **1/3 share stockholder** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑    has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 23, 2009**           Signature: ***/s/ Farrel Tedder***

**Farrel Tedder, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                    Case No. _____

**F.A.C. Consolidated Industries, Inc.**                     Chapter **7**_____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **168**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 23, 2009**_____    */s/ Farrel Tedder*_____
                                          Debtor


                                          _____
                                          Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**F.A.C. Consolidated Industries, Inc.**
**412 18th Avenue**
**Rockford, IL  61104**

**All World Machinery Supply**
**1301 W Diggins St**
**Harvard, IL  60033-2300**

**Best Buy**
**HSBC Retail Services**
**PO Box 17298**
**Baltimore, MD  21297-1298**

**Kenneth F. Ritz, Attorney at Law**
**728 North Court Street**
**Rockford, IL  61103**

**Alp American Laser Products**
**8612 Fairway Pl**
**Middleton, WI  53562-2504**

**Blackhawk Foundry**
**323 S Clark St**
**Davenport, IA  52802-2162**

**4500 Kishwaukee, LLC**
**C/O Greg Adamo, ESQ**
**2100 Manchester Rd # 1750**
**Wheaton, IL  60187-4579**

**Alpine Bank**
**PO Box 6086**
**Rockford, IL  61125-1086**

**Bowmanville Fndy**
**PO Box 69**
**172 Wellington Street**
**Bowmanville, ON.,**

**Aarrow Cast, Inc.**
**2900 E Richmond St**
**Shawano, WI  54166-3804**

**American Industrial Rigging, Inc.**
**C/O Attorney Clayton Lindsey**
**607 W. Washington Street**
**Oregon, IL  61061-0339**

**Broadmoor Agency**
**321 W State St**
**Rockford, IL  61101-1137**

**Abacus Financing**
**2501 Landmeier Road**
**Elk Grove Village, IL  60007**

**Arco Machinery Movers Div. of MRS Ind.**
**4999 Torque Road**
**Loves Park, IL  61111**

**Bryan Larak**
**216 W Pearl St**
**Lanark, IL  61046-1227**

**Accu-Cut, Inc**
**C/O Attorney Chester Chostner, Jr.**
**1 Court Place, Suite 202**
**Rockford, IL  61105-0404**

**Area Rigging & Millwright Service**
**4894 Sandy Hollow Rd**
**Rockford, IL  61103**

**Calibration Solution**
**9865 N Alpine Rd**
**Machesney Park, IL  61115-1681**

**Advanced Waste Services**
**304 18th Ave**
**Rockford, IL  61104-5128**

**Arthur Machinery, Inc.**
**2501 Landmeier Rd**
**Elk Grove Village, IL  60007-2622**

**Capital One**
**Visa Business**
**PO Box 6492**
**Carol Stream, IL  60197-6492**

**Aflac**
**Aflac Client Services Department**
**1932 Wynnton Road**
**Columbus, GA  31999-0001**

**Bank Of America**
**PO Box 2284**
**Brea, CA  92822-2284**

**Capital One Bank**
**Visa Platinum Account**
**PO Box 6492**
**Carol Stream, IL  60197-6492**

**AGCO Parts Division**
**PO Box 102380**
**Duluth, GA  30098-2380**

**Bank Of America**
**P.O. Box 15726**
**Wilmington, DE  19886-5726**

**Central Insurance Co.**
**PO Box 351**
**Van Wert, OH  45891-0351**

**Aim Distribution**
**C/O Greenspan & Douglas, Inc.**
**2921 E. Ft. Lowell Rd., Suite 113**
**Tuscon, AZ  85716**

**Bank Of America, N.A.**
**PO Box 30610**
**Los Angeles, CA  90030-0610**

**Ceram Tek**
**1 Technology Pl**
**Laurens, SC  29360-1669**

Chemtool, Inc.
PO Box 538
Crystal Lake, IL  60039-0538

CMA/FLODYNE/HYDRADYNE
1000 Muirfield Dr
Hanover Park, IL  60133-5468

Domestic Castings Co.
PO Box 220
Shippensburg, PA  17257-0220

Chicago High-Speed Tool And Supply
Lockbox 72491
131 S Dearborn St
Chicago, IL  60603-5517

Columbia Pipe & Supply Co.
5730 Columbia Pkwy
Rockford, IL  61108-5016

Dr. Gautam Gupta
6090 Strathmoor Dr
Rockford, IL  61107-6628

Chicago Induction Metal Treating
3305 W Harrison St
Chicago, IL  60624-3703

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Earl M. Jorgensen Company
C/O Herbert Greene, Esq.
401 W. State Street  #800
Rockford, IL  61101

Chipblaster
13605 S Mosiertown Rd
Meadville, PA  16335-8346

ComEd 7016
Bill Payment Service
Chicago, IL  60668-0001

EFD
977 Waterman Ave
East Providence, RI  02914-1342

Cincinnati Tool Steel Co.
5190 28th Avenue
Rockford, IL  61125-0664

Cream City Scale, LLC
4096 Interstate Blvd
Loves Park, IL  61111-5701

Electroform Inc.
11070 Raleigh Ct
Machesney Park, IL  61115-1416

Cincinnati Tool Steel Co.
36110 Eagle Way
Chicago, IL  60678-0001

Crescent Electric Supply Co
5245 28th Ave
Rockford, IL  61109-1722

Eleuterio Salazar
1919 17th Ave
Rockford, IL  61104-5555

Citation Berlin
PO Box 93405
Chicago, IL  60673-3405

Custom Screw Machine Products
5466 E. Rockton Road
Rockton, IL  61073

EMJ Earlle M. Jorgensen
75 Remittance Dr.
Chicago, IL  60675-6477

City Of Rockford
RLDC
120 W State St
Rockford, IL  61101-1125

D & M Pallet Recycling Co.
PO Box 6262
Rockford, IL  61125-1262

Englewood Electrical Supply Co.
C/O Filer, Sulayman & Hill PLC
150 N Michigan Ave
Chicago, IL  60601-7553

City Of Rockford
Water Department
425 E. State St
Rockford, IL  61104

David Casazza
Talcott Building
321 W State St
Rockford, IL  61101-1137

Equipment Depot Of Illinois, Inc.
Dept 6059
Carol Stream, IL  60122-0001

City Of Rockford
Community Development Department
425 E. State St
Rockford, IL  61104

Diamond Heat Treatment
3691 Publishers Dr
Rockford, IL  61109-2773

Equipment Depot Of Illinois, Inc.
2545 Northwest Pkwy
Elgin, IL  60124-7870

Equipment Depot Of Illinois, Inc.
4414 11th St
Rockford, IL  61109-3632

Furst Staffing
PO Box 5863
Rockford, IL  61125-0863

J & B Jig Grinding, Inc.
C/O Elizabeth Dranger, Esq
800 N Church St
Rockford, IL  61103-6919

Euro Leasing, LLC
25012 Landmeier Road
Elk Grove Village, IL  60007

GMA Garnet (USA) Corp.
480 N Sam Houston Pkwy E
Houston, TX  77060-3550

J & L Industrial Supply
C/O Debt Alert
4836 Brecksville Road
Richfield, OH  44286

Ever Ready Pin & Manufacturing
C/O Account Recovery Services, Inc.
PO Box 2526
Loves Park, IL  61132

GMAC
PO Box 9001948
Louisville, KY  40290-1948

Jerico
705 Springer Dr
Lombard, IL  60148-6412

Fastenal Company
PO Box 1286
Winona, MN  55987-1286

Government Data Publications
GDP Building-Accounting Div
1661 McDonald Ave
Brooklyn, NY  11230-6312

KIC Holdings, Inc.
3800 Fruit Valley Rd
Vancouver, WA  98660-1220

Ferrell Gas
10522 N 2nd St
Machesney Park, IL  61115-1405

Header Tool And Die
PO Box 5846
3022 Eastrock Ct
Rockford, IL  61109-1760

Kirsh FNDY
125 Towell St
Beaver Dam, WI  53916

First Equity Card Corp
Visa
P.O. Box 23029
Columbus, GA  31902-3029

Honeywell Sensotec & Lebow Products
2080 Arlingate Ln
Columbus, OH  43228-4112

KS&C Industries, LLP
2750 S Hanley Rd
Saint Louis, MO  63143-2705

Flodyne Hydradyne
1000 Muirfield Dr
Hanover Park, IL  60133-5468

Hulick Metals, Inc.
C/O Thomas Green, Esq.
6833 Stalter Drive - 1st Floor
Rockford, IL  61108

LaLoggia's Excavating
5719 Auburn St
Rockford, IL  61101-2201

FPR Heat Treating
648 US Route 20
Cherry Valley, IL  61016-9545

Industrial Precision
6861 Tipple Rd
Rockford, IL  61102-4459

Lemke Machine Products
940 Dieckman St
Woodstock, IL  60098-9287

Fraker Door, LLC
13365 Westridge Ct
Winnebago, IL  61088-8049

Integrity Saw & Tool
507 W Rolling Meadows Dr
Fond Du Lac, WI  54937-9160

Machining Systems
5833 Fisher Rd
Howell, MI  48855-8228

Fuchs Lubricants Harvey
C/O Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL  60188-7410

Internal Revenue Service
Department Of The Treasury
Cincinnati, OH  45999-0025

Makino
PO Box 632622
Cincinnati, OH  45263-2622

**Marengo Valve & Foundry**
**C/O SmithAmundsen**
**2460 Lake Shore Drive**
**Woodstock, IL  60098-6911**

**Mark Bender Lawncare**
**4870 Fielding Rd**
**Rockford, IL  61102-4513**

**Mark Pack, Inc**
**3405 Lonergan Dr**
**Rockford, IL  61109-2622**

**McBee**
**C/O Commercial Recovery Corporation**
**9298 Central Avenue NE - Suite 310**
**Minneapolis, MN  55434**

**McMaster-Carr Supply Company**
**C/O Biehl & Biehl**
**PO Box 87410**
**Carol Stream, IL  60188-7410**

**Mechanical**
**PO Box 750**
**2279 Route 20 E**
**Freeport, IL  61032-9643**

**Metal Prep Services**
**5434 International Dr**
**Rockford, IL  61109-2776**

**Metalcast, Inc.**
**PO Box 1637**
**401 E Avenue B**
**Salina, KS  67401-8960**

**Mid City Office Products**
**2121 Harlem Rd**
**Loves Park, IL  61111**

**MLT Providers**
**C/O Greenspan & Douglas**
**2921 E. Ft. Lowell Road, Suite 113**
**Tuscon, AZ  85716**

**Monarch Industries, Inc.**
**C/O Receivables Control Coroporation**
**7373 Kirkwood Court, Suite 200**
**Minneapolis, MN  55369**

**MSC Industrial Supply Co**
**C/O A.G. Adjustments, Ltd.**
**740 Walt Whitman Road**
**Melville, NY  11747-9090**

**Nelson & Storm**
**2303 11th St**
**Rockford, IL  61104-7258**

**Nerd Network**
**PO Box 3668**
**Barrington, IL  60011-3668**

**Nicholas Yoder**
**7569 La Maine Dr**
**Rockford, IL  61103-7723**

**Nick King**
**C/O Herbert Greene, Esq.**
**401 W. State Street, Suite 600**
**Rockford, IL  61101**

**Nicor Gas**
**PO Box 416**
**Aurora, IL  60568-0001**

**NMHG Financial Services, Inc.**
**Yale Financial Services**
**44 Old Ridgebury Road**
**Danbury, CT  06810**

**Northern  Machine Tool Services**
**732 S Vista Dr**
**Algonquin, IL  60102-2956**

**Office Depot**
**Credit Card Plan**
**Processing Center**
**Des Moines, IA  50364-0001**

**Old Dominion Freight Line, Inc.**
**C/O McCarthy, Burgess & Wolff**
**26000 Cannon Road**
**Cleveland, OH  44146**

**Overhead Material Handling**
**135 W Johnson St**
**Palatine, IL  60067-6182**

**Paper Recovery Service Corp.**
**7972 Crest Hills Dr**
**Loves Park, IL  61111-8300**

**PerMar Security**
**514 Loves Park Dr**
**Loves Park, IL  61111-5159**

**Pitney Bowes**
**PO Box 856390**
**Water Valley, KY  42085-6390**

**Popular Equipment Finance, Inc.**
**15833 Clayton Road  #200**
**Ballwin, MO  63011**

**Precision Drive & Control, Inc.**
**C/O Judd Thruman, Esq.**
**8 East Stephenson Street**
**Freeport, IL  61032**

**Premium Oil Company**
**C/O Ray A. Ferguson & Associates, Ltd**
**216 North Court Street**
**Rockford, IL  61103**

**Professional Graphics, Inc.**
**C/O Slater, Tenaglia, Fritz & Hunt, P.A.**
**PO Box 5476**
**Mount Laurel, NJ  08054-5476**

**Prographics**
**4404 Boeing Dr**
**Rockford, IL  61109-2931**

Progressive Foundry
PO Box 338
Perry, IA  50220-0338

Rockwell Automation
180 Harvester Dr
Burr Ridge, IL  60527-7594

Secretary Of State
3701 Winchester Rd
Springfield, IL  62707-9759

Quill Corporation
C/O R.M.S.
55 Shuman Blvd
Naperville, IL  60563-8467

Roloff Manufacturing Corp.
PO Box 7002
400 Gertrude St
Kaukauna, WI  54130-1424

Seneca Foundry
PO Box 365
240 Mackinlay Kantor Dr
Webster City, IA  50595-7272

R & K Tool Sales
PO Box 2965
12 Executive Park Dr
Hendersonville, TN  37075-3450

Ronald R. Frantzen
2195 Sunrise Dr
Belvidere, IL  61008-6062

Sherwin Williams
7300 E Riverside Blvd
Loves Park, IL  61111-5628

R.R. Floody Co
5065 27th Ave
Rockford, IL  61109-1710

Roper Whitney Of Rockford, Inc.
1502 Momentum Place
Chicago, IL  60689-5315

Smith Castings, Inc.
PO Box 2126
Ford Plant
Kingsford, MI  49802-2126

Robohand
1625 Leabrook Ln
Wheaton, IL  60189-7252

Rory Harrington
6361 Weathervane Ln
Machesney Park, IL  61115-7157

Smithers Quality Assessments
425 W Market St
Akron, OH  44303-2044

Rock River Water Reclamation District
PO Box 6207
Rockford, IL  61125-1207

Rusty Thurman
905 Brookfield Rd
Rockford, IL  61107-3631

Spearhead Development Co.
2211 E Gate Pkwy
Rockford, IL  61108-6038

Rockford Bank And Trust Company
PO Box 1748
127 N. Wyman Street
Rockford, IL  61110

S&B Jig Grinding, Inc.
C/O Holmstrom & Kennedy
800 N Church St
Rockford, IL  61103-6919

Staples Credit Plan
Processing Center
Des Moines, IA  50364-0001

Rockford Heat Treaters
4704 American Rd
Rockford, IL  61109-2629

Safeway Services, Inc.
C/O Morgan Stone & Associates
1005 Veterans Memorial Blvd Ste 202
Kenner, LA  70062-4109

State Line Foundries, Inc.
6593 Reliable Pkwy
Chicago, IL  60686-6593

Rockford Local Development Corporation
120 West State Street
Suite 306
Rockford, IL  61101-1199

Sam's Club
Discover
PO Box 530970
Atlanta, GA  30353-0970

Steiner Electric
6900 Rock Valley Pkwy
Loves Park, IL  61111-8620

Rockwell Automation
C/O A.G. Adjustments, Ltd
740 Walt Whitman Rd
Melville, NY  11747-9090

Sandray Precision Grinding
632 Grable St
Rockford, IL  61109-2004

Steiner Electrical Co.
6900 Rock Valley Pkwy
Loves Park, IL  61111-8620

**Target Laser & Machining, Inc.**
**C/O Jason Rock, Esq.**
**6833 Stalter Dr**
**Rockford, IL 61108-2579**

**United Skilled, Inc.**
**3412 Precision Dr**
**Rockford, IL 61109-2770**

**The Calibration Solution**
**C/O A.F.A. Collections**
**PO Box 3825**
**Plymouth, MA 02361**

**Veolia Environmental Services**
**PO Box 6484**
**Carol Stream, IL 60197-6484**

**The Hartford**
**PO Box 2907**
**Hartford, CT 06104-2907**

**Verstrand Engineering, Inc.**
**C/O Fulbright & Associates, P.C.**
**PO Box 1510**
**Rockford, IL 61110-0010**

**The Tax Pro, Inc.**
**4815 E State St**
**Rockford, IL 61108**

**W. W. Grainger, Inc.**
**C/O Teller, Levit & Silvertrust, P.C.**
**11 E. Adams Street**
**Chicago, IL 60603**

**Torin Manley**
**6967 Shirland Rd**
**Rockton, IL 61072-9662**

**Welders Supply Co.**
**111 Barrett Placee**
**PO Box 875**
**Beloit, WI 53512-0875**

**Tristate Machinery**
**1290s Wheeling Roac**
**Wheeling, IL 60090**

**Westwick Foundry, Ltd**
**Claude & Meeker Streets**
**PO Box 315**
**Galena, IL 61036-0315**

**U.S. Shop Tools**
**C/O Davis & Goldmark, Inc.**
**23441 S Pointe Dr Ste 110**
**Laguna Hills, CA 92653-1522**

**Workplace**
**4701 E State St**
**Rockford, IL 61108-2206**

**Uline Shipping Supply Specialists**
**C/O McCarthy, Burgess & Wolff**
**26000 Cannon Rd**
**Cleveland, OH 44146-1807**

**Youngberg Industries, Inc.**
**C/O Tobin & Ramon**
**530 S State St Ste 200**
**Belvidere, IL 61008-3711**

**Unified Health Services**
**Billing For Physicians**
**PO Box 1000, Dept 380**
**Memphis, TN 38148-0001**

**YRC Logistic Global, LLC**
**23816 Network Place**
**Chicago, IL 60673-1238**

**United Parcel Service**
**C/O R.M.S.**
**PO Box 20543**
**Lehigh Valley, PA 18002-0543**

**ZimTek Account Management**
**3703 N Main St**
**Rockford, IL 61103-1688**